# UNITED STATES DISTRICT COURT
for the

District of __NEVADA__

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 2:18-cr-00279-APG-GWF |
| ) | |
| ELMER EDUARDO RODRIGUEZ ) | |
| *Defendant* ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George, U.S. Courthouse 333 Las Vegas Blvd., South Las Vegas, NV 89101 | Courtroom No.: | 3D |
|---|---|---|---|
| | | Date and Time: | 11/29/18 3:00 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: __Nov 27, 2018__

*Judge's signature*

CAM FERENBACH, U.S. Magistrate Judge

*Printed name and title*

___FILED       ___RECEIVED
___ENTERED     ___SERVED ON
          COUNSEL/PARTIES OF RECORD

NOV 27 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY