Adras & Altig Attorneys at Law
STEVEN M. ALTIG, ESQ.
Nevada State Bar No. 6879
MARCUS KENT KOZAL, ESQ.
Nevada State Bar No. 5039
601 South Seventh Street
Las Vegas, Nevada 89101
Phone: 702-385-7227
Facsimile: 702-974-3677
Attorney for Elmer Rodriguez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CALVIN LORENZO BELLOSO, ) <br> ELMER EDUARDO RODRIGUEZ, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 2:18-cr-00279-APG-GWF <br><br> **STIPULATION TO CONTINUE MOTION DATES** <br><br> (Sixth Request) |

**IT IS HEREBY STIPULATED AND AGREED,** by and between NICHOLAS A. TRUTANICH, United States Attorney, and LINDA MOTT, Assistant United States Attorney, counsel for the United States of America, PAUL RIDDLE, ESQ., counsel for CALVIN LORENZO BELLOSO, and STEVEN M. ALTIG, ESQ., and MARCUS KENT KOZAL, ESQ., co-counsel for ELMER EDUARDO RODRIGUEZ; that they shall have to and including February 26, 2020, by the hour of 4:00 p.m., within which to file any and all pretrial motions and notice of defense. Said pretrial motions and notice of defense are currently scheduled to be filed on February 12, 2019.

**IT IS FURTHER STIPULATED AND AGREED**, by and between the parties, that they shall have to and including March 19, 2020, by the hour of 4:00 p.m., within which

to file any and all responsive pleadings. Said pleadings are currently scheduled to be filed on March 5, 2020.

**IT IS FURTHER STIPULATED AND AGREED**, by and between the parties, that they shall have to and including March 26, 2020, by the hour of 4:00 p.m., within which to file any and all replies to dispositive motions. Said pleadings are currently scheduled to be filed on March 12, 2020.

This Stipulation is entered into for the following reasons:

1. That Defendants' Counsel need additional time to adequately prepare for trial and discuss potential offers with the Defendants.

2. The parties agree to the continuance.

3. The Defendants are not incarcerated and do not object to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow Counsel for the defendants sufficient time within which to review the file, and to complete investigation in order to effectively and thoroughly prepare and submit for filing appropriate pretrial motions.

5. Denial of this request for continuance would deny Counsel for Defendants sufficient time within which to be able to effectively and thoroughly research, prepare and submit for filing appropriate pretrial motions and notices of defense, taking into account the exercise of due diligence.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

/ / /

/ / /

7. This is the sixth request to continue pretrial motion dates filed herein.

DATED this 11th day of February, 2020.

By /s/Steven M. Altig
    STEVEN M. ALTIG, ESQ.
    Nevada State Bar No. 6879
    MARCUS KENT KOZAL
    Nevada State Bar No. 5039
    601 South Seventh Street
    Las Vegas, Nevada 89101
    Attorney for Elmer Rodriguez

By /s/Paul Riddle
    PAUL RIDDLE
    Federal Public Defender
    411 E. Bonneville Avenue
    Las Vegas, Nevada 89101
    Attorney for Calvin Belloso

By /s/Linda J. Mott
    NICHOLAS A. TRUTANICH
    United States Attorney
    LINDA J. MOTT
    Assistant United States Attorney
    501 Las Vegas Blvd. South, Suite 1100
    Las Vegas, Nevada 89101
    Attorney for Plaintiff

Adras & Altig Attorneys at Law
STEVEN M. ALTIG, ESQ.
Nevada State Bar No. 6879
MARCUS KENT KOZAL, ESQ.
Nevada State Bar No. 5039
601 South Seventh Street
Las Vegas, Nevada 89101
Phone: 702-385-7227
Facsimile: 702-974-3677
Attorney for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) Plaintiff, ) | Case No.: 2:18- cr-00279 - APG - GWF |
| ) vs. ) | **FINDINGS OF FACT, CONCLUSIONS** |
| ) | **OF LAW AND ORDER** |
| ELMER EDUARDO RODRIGUEZ, ) ) | |
| Defendant. ) ) | (Sixth Request) |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. That Defendants' Counsel needs additional time to adequately prepare for trial and discuss potential offers with the Defendants

2. The parties agree to the continuance.

3. The Defendants are not incarcerated and do not object to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow Counsel for the defendants sufficient time within which to review the

file, and to complete investigation in order to effectively and thoroughly prepare and submit for filing appropriate pretrial motions.

5. Denial of this request for continuance would deny Counsel for Defendants sufficient time within which to be able to effectively and thoroughly research, prepare and submit for filing appropriate pretrial motions and notices of defense, taking into account the exercise of due diligence.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

7. This is the sixth request to continue pretrial motion dates filed herein.

For all of the above stated reasons, the ends of justice would be best served by a continuance of the motion and trial dates.

**CONCLUSIONS OF LAW**

1. Denial of this request for continuance would deny the parties herein time and the opportunity within which to effectively, thoroughly research, prepare and submit for filing appropriate pretrial motions and notices of defense, taking into account the exercise of due diligence.

2. Additionally, denial of this request for continuance would result in a miscarriage of justice.

**ORDER**

**IT IS THEREFORE ORDERED** that the parties herein shall have to and including February 26, 2020, by the hour of 4:00 p.m., within which to file any and all pretrial motions and notice of defense.

**IT IS FURTHER ORDERED** that the parties shall have to and including March 19, 2020, by the hour of 4:00 p.m., within which to file any and all responsive pleadings.

**IT IS FURTHER ORDERED** that the parties shall have to and including March 26, 2020, by the hour of 4:00 p.m., within which to file any and all replies to dispositive motions.

Dated: February 12, 2020.

_____
UNITED STATES DISTRICT JUDGE