CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
MELANEE SMITH
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
melanee.smith@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELMER EDUARDO RODRIGUEZ,<br><br>Defendant. | Case No. 2:18-cr-279-APG-EJY<br><br>**STIPULATION TO CONTINUE HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and M. Kent Kozal, and Steven M. Altig, co-counsel for Defendant Elmer Eduardo Rodriguez, that the hearing currently scheduled for May 27, 2021 at 9:00 am, be vacated and set to a date and time convenient to this Court, but no sooner than thirty (30) days.

The Stipulation is entered into for the following reasons:

1. Parties have entered plea negotiations and counsel for defendant needs additional time to review the offer with the defendant.

2. A resolution to the case would obviate the need for a hearing.

3. The defendant is not in custody and agrees to the continuance.

4. Additionally, denial of this request for a continuance could result in a miscarriage of justice.

This is the second stipulation to continue the hearing filed herein.

DATED this 19th day of May, 2021.

        CHRISTOPHER CHIOU
        Acting United States Attorney

        */s/ Melanee Smith*
        By_____
        MELANEE SMITH
        Assistant United States Attorney


        */s/ M. Kent Kozal and Steven M. Altig*
        M. KENT KOZAL and
        STEVEN M. ALTIG
        Counsel for Defendant Elmer Rodriguez

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ELMER EDUARDO RODRIGUEZ,

    Defendant.

Case No. 2:18-cr-279-APG-EJY

**ORDER**

## FINDINGS OF FACT

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED, that the Evidentiary Hearing currently scheduled for May 27, 2021 at the hour of 9:00 am, be vacated and continued to July 21, 2021, at the hour of 9:30 a.m., in Courtroom 3B.

DATED this 20th day of May, 2021.

                                         HONORABLE ELAYNA YOUCHAH
                                       UNITED STATES MAGISTRATE JUDGE