Adras & Altig Attorneys at Law
STEVEN M. ALTIG, ESQ.
Nevada State Bar No. 6879
MARCUS KENT KOZAL, ESQ.
Nevada State Bar No. 5039
601 South Seventh Street
Las Vegas, Nevada  89101
Phone: 702-385-7227
Facsimile: 702-974-3677
Attorney for Elmer Rodriguez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No:    2:18-cr-279-APG-EJY-2 |
| Plaintiff, ) | |
| ) | |
| vs. ) | **STIPULATION AND ORDER** |
| ) | **TO CONTINUE SENTENCING** |
| ELMER EDUARDO RODRIGUEZ, ) | **(First Request)** |
| ) | |
| Defendants. ) | |
| ) | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between STEVEN M. ALTIG, ESQ., attorney for Defendant ELMER EDUARDO RODRIGUEZ, and MELANEE SMITH, Assistant United States Attorney, attorney for Plaintiff, that the sentencing currently scheduled for February 24, 2022, at the hour of 9:30 a.m., be vacated and continued for an additional sixty (60) days or to a date thereafter which is convenient to the court.

This stipulation is entered into for the following reasons:

1. On November 3, 2021, Defendant pleaded guilty to the one count superseding information charging him with conspiracy to distribute a controlled substance in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii), and 846.

2. That Counsels' Office for the Defendant was impacted with COVID.

3. That Counsel needs additional time to speak with Defendant and prepare a sentencing memorandum.

4. Denial of this request for continuance would deny the Defendant sufficient time and opportunity prepare for sentencing and to get his affairs in order.

5. Defendant is not in custody.

6. Defendant has no objection to a continuance of this matter.

7. This request for a continuance is made in good faith and is not intended to delay the proceedings in this matter.

DATED this ___22nd___ day of ___February___, 2022.

| | |
|---|---|
| By /s/Melanee Smith | By /s/M. Kent Kozal |
| CHRISTOPHER CHIOU | STEVEN M. ALTIG, ESQ. |
| Acting United States Attorney | Nevada State Bar No. 6879 |
| MELANEE SMITH | MARCUS KENT KOZAL, ESQ. |
| Assistant United States Attorney | Nevada State Bar No. 5039 |
| Attorney for Plaintiff | Attorney for Elmer Rodriguez |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>Plaintiff, )<br>  )<br>vs. )<br>  )<br>ELMER EDUARDO RODRIGUEZ, )<br>  )<br>Defendants. )<br>  )<br>_____ ) | Case No:    2:18-cr-279-APG-EJY-2<br><br>**ORDER CONTINUING SENTENCING** |

Based on the pending stipulation of the parties, and good cause appearing therefore, the Court hereby finds that:

**IT HEREBY ORDERED** that the sentencing date of February 24, 2022, at the hour of 9:30 a.m., be vacated and continued until  28th  day of  April , 2022, at the hour of  9:30 a.m. in Courtroom 6C. .

DATED this  23rd  day of  February , 2022.

_____
UNITED STATES DISTRICT JUDGE